[No. 35942-8-I.    Division One.    December 30, 1996.]

*In the Matter of the Marriage of* LISA HERSCHLEB, *Respondent,* and KENT HERSCHLEB, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 93-3-00747-7, Michael F. Moynihan, J., entered December 28, 1994. *Reversed* by unpublished per curiam opinion.

[No. 36236-4-I.    Division One.    December 30, 1996.]

THE GLEN COMMUNITY ASSOCIATION, *Respondent,* v. EUGENE KALAMAN, ET AL., *Appellants.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 94-2-00759-5, Michael F. Moynihan, J., entered February 3, 1995. *Affirmed in part* and *reversed in part* by unpublished opinion per Coleman, J., concurred in by Kennedy, A.C.J., and Cox, J.

[No. 36329-8-I.    Division One.    December 30, 1996.]

THE STATE OF WASHINGTON, *Respondent,* v. CHARLES F. SAWYER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 93-1-06709-3, John M. Darrah, J., entered March 24, 1995. *Dismissed* by unpublished per curiam opinion.

[No. 36513-4-I.    Division One.    December 30, 1996.]

THE STATE OF WASHINGTON, *Respondent,* v. REGINALD LAMONT MOORE, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 94-1-07587-6, Sally Phillips Pasette, J., entered April 24, 1995. *Dismissed* by unpublished per curiam opinion.